Saucon Valley Manor
Profit Loss

**CASH RECEIPTS & DISBURSEMENTS**
**WEEKS FORECAST**    13

| | Week of Jan 3, 26 | Week of Jan 10, 26 | Week of Jan 17, 26 | Week of Jan 24, 26 | Week of Jan 31, 26 | Week of Feb 7, 26 | Week of Feb 14, 26 | Week of Feb 21, 26 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Cash Beginning Balance** | 3,000.00 | 8,086.50 | 26,378.61 | 44,825.73 | 62,741.62 | -2,342.49 | 18,051.94 | 38,475.42 |
| INCOME (allocated evenly per week; usual | 88,415.74 | 206,159.14 | 206,314.15 | 206,314.15 | 206,314.15 | 228,390.19 | 228,419.24 | 228,419.24 |
| Disbursements | -83,329.24 | -187,867.03 | -187,867.03 | -188,398.26 | -271,398.26 | -207,995.76 | -207,995.76 | -207,995.76 |
| **Ending Cash Balance** | 8,086.50 | 26,378.61 | 44,825.73 | 62,741.62 | -2,342.49 | 18,051.94 | 38,475.42 | 58,898.90 |
| **Expense** | | | | | | | | |
| DIETARY | 7,591.62 | 17,716.72 | 17,716.72 | 17,716.72 | 17,716.72 | 19,614.91 | 19,614.91 | 19,614.91 |
| SUPPLIES | 2,235.12 | 5,218.29 | 5,218.29 | 5,218.29 | 5,218.29 | 5,777.31 | 5,777.31 | 5,777.31 |
| MAINTENANCE | 4,958.03 | 4,958.03 | 4,958.03 | 5,489.26 | 5,489.26 | 5,489.26 | 5,489.26 | 5,489.26 |
| UTILITIES | 4,413.82 | 10,303.43 | 10,303.43 | 10,303.43 | 10,303.43 | 11,407.27 | 11,407.27 | 11,407.27 |
| PAYROLL & BENEFITS | 51,104.08 | 119,258.09 | 119,258.09 | 119,258.09 | 119,258.09 | 132,035.82 | 132,035.82 | 132,035.82 |
| OFFICE & MARKETING EXPENSES | 2,750.16 | 6,418.65 | 6,418.65 | 6,418.65 | 6,418.65 | 7,106.61 | 7,106.61 | 7,106.61 |
| REAL ESTATE TAXES & INSURANCE | 3,669.12 | 8,563.23 | 8,563.23 | 8,563.23 | 8,563.23 | 9,480.73 | 9,480.73 | 9,480.73 |
| EQUIPMENT | 394.57 | 921.76 | 921.76 | 921.76 | 921.76 | 1,020.53 | 1,020.53 | 1,020.53 |
| MANAGEMENT FEES | 4,213.67 | 9,832.69 | 9,832.69 | 9,832.69 | 9,832.69 | 10,886.19 | 10,886.19 | 10,886.19 |
| US TRUSTEE QUARTERLY FEES | | | | | 500.00 | | | |
| DILWORTH PAXSON/Committee Counsel | | | | | 75,000.00 | | | |
| Omni | | | | | 7,500.00 | | | |
| LEGAL/PROFESSIONAL FEES | 775.95 | 1,810.55 | 1,810.55 | 1,810.55 | 1,810.55 | 2,004.52 | 2,004.52 | 2,004.52 |
| CLEANING | 1,223.10 | 2,865.59 | 2,865.59 | 2,865.59 | 2,865.59 | 3,172.61 | 3,172.61 | 3,172.61 |
| **Total Expense** | 83,329.24 | 187,867.03 | 187,867.03 | 188,398.26 | 271,398.26 | 207,995.76 | 207,995.76 | 207,995.76 |

Saucon Valley Manor
Profit Loss

CASH RECEIPTS & DISBURSEMENTS  13
WEEKS FORECAST

| | Week of Feb 28, 26 | Week of Mar 7, 26 | Week of Mar 14, 26 | Week of Mar 21, 26 | Week of Mar 28 26 | TOTAL |
|---|---|---|---|---|---|---|
| **Cash Beginning Balance** | 58,898.90 | -3,177.62 | 17,245.86 | 37,669.34 | 61,831.59 | 3,493.84 |
| INCOME (allocated evenly per week; usual | 228,419.24 | 228,419.24 | 228,419.24 | 228,419.24 | 228,419.24 | 2,740,842.20 |
| **Disbursements** | -290,495.76 | -207,995.76 | -207,995.76 | -204,256.99 | -286,756.99 | -2,740,348.36 |
| **Ending Cash Balance** | -3,177.62 | 17,245.86 | 37,669.34 | 61,831.59 | 3,493.84 | 3,987.68 |
| | | | | | | |
| **Expense** | | | | | | |
| DIETARY | 19,614.91 | 19,614.91 | 19,614.91 | 15,876.14 | 15,876.14 | 227,900.24 |
| SUPPLIES | 5,777.31 | 5,777.31 | 5,777.31 | 5,777.31 | 5,777.31 | 69,326.76 |
| MAINTENANCE | 5,489.26 | 5,489.26 | 5,489.26 | 5,489.26 | 5,489.26 | 135,636.67 |
| UTILITIES | 11,407.27 | 11,407.27 | 11,407.27 | 11,407.27 | 11,407.27 | 136,885.70 |
| PAYROLL & BENEFITS | 132,035.82 | 132,035.82 | 132,035.82 | 132,035.82 | 132,035.82 | 1,584,423.00 |
| OFFICE & MARKETING EXPENSES | 7,106.61 | 7,106.61 | 7,106.61 | 7,106.61 | 7,106.61 | 85,277.64 |
| REAL ESTATE TAXES & INSURANCE | 9,480.73 | 9,480.73 | 9,480.73 | 9,480.73 | 9,480.73 | 113,767.88 |
| EQUIPMENT | 1,020.53 | 1,020.53 | 1,020.53 | 1,020.53 | 1,020.53 | 12,245.85 |
| MANAGEMENT FEES | 10,886.19 | 10,886.19 | 10,886.19 | 10,886.19 | 10,886.19 | 130,633.95 |
| US TRUSTEE QUARTERLY FEES | | | | | | 500.00 |
| DILWORTH PAXSON/Committee Counsel | 75,000.00 | | | | 75,000.00 | 225,000.00 |
| Omni | 7,500.00 | | | | 7,500.00 | 22,500.00 |
| LEGAL/PROFESSIONAL FEES | 2,004.52 | 2,004.52 | 2,004.52 | 2,004.52 | 2,004.52 | 59,359.86 |
| CLEANING | 3,172.61 | 3,172.61 | 3,172.61 | 3,172.61 | 3,172.61 | 38,066.34 |
| **Total Expense** | 290,495.76 | 207,995.76 | 207,995.76 | 204,256.99 | 286,756.99 | 2,841,523.89 |

# Whitehall Manor
## Profit Loss

| CASH RECEIPTS & DISBURSEMENTS WEEKS FORECAST | 13 | Week of Jan 3, 26 | Week of Jan 10, 26 | Week of Jan 17, 26 | Week of Jan 24, 26 | Week of Jan 31, 26 | Week of Feb 7, 26 | Week of Feb 14, 26 | Week of Feb 21, 26 |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning Balance** | | 3,000.00 | 11,702.35 | 31,964.59 | 52,226.83 | 72,416.13 | 9,605.43 | 34,127.16 | 58,648.71 |
| INCOME | | 53,998.52 | 126,001.26 | 126,001.26 | 126,001.26 | 126,001.26 | 143,081.19 | 143,081.19 | 143,081.19 |
| Disbursements | | -45,296.17 | -105,739.02 | -105,739.02 | -105,811.96 | -188,811.96 | -118,559.46 | -118,559.64 | -118,559.82 |
| **Ending Cash Balance** | | 11,702.35 | 31,964.59 | 52,226.83 | 72,416.13 | 9,605.43 | 34,127.16 | 58,648.71 | 83,170.08 |
| **Expense** | | | | | | | | | |
| DIETARY | | 3,378.80 | 7,883.61 | 7,883.61 | 7,883.61 | 7,883.61 | 8,977.30 | 8,977.31 | 8,977.31 |
| SUPPLIES | | 734.74 | 1,717.56 | 1,717.56 | 1,717.56 | 1,717.56 | 1,901.48 | 1,901.48 | 1,901.48 |
| MAINTENANCE | | 629.39 | 1,469.72 | 1,469.72 | 1,469.72 | 1,469.72 | 1,627.15 | 1,627.15 | 1,627.15 |
| UTILITIES | | 2,660.91 | 6,214.88 | 6,214.88 | 6,214.88 | 6,214.88 | 6,880.79 | 6,880.79 | 6,880.79 |
| PAYROLL & BENEFITS | | 26,906.80 | 62,800.01 | 62,800.01 | 62,800.01 | 62,800.01 | 70,591.89 | 70,591.91 | 70,592.09 |
| OFFICE & MARKETING EXPENSES | | 2,126.01 | 4,964.12 | 4,964.12 | 4,964.12 | 4,964.12 | 5,496.05 | 5,496.05 | 5,496.05 |
| REAL ESTATE TAXES & INSURANCE | | 2,729.59 | 6,372.09 | 6,372.09 | 6,372.09 | 6,372.09 | 7,054.88 | 7,054.88 | 7,054.88 |
| EQUIPMENT | | 291.72 | 680.68 | 680.68 | 753.62 | 753.62 | 753.62 | 753.62 | 753.62 |
| MANAGEMENT FEES | | 2,646.70 | 6,175.75 | 6,175.75 | 6,175.75 | 6,175.75 | 7,016.30 | 7,016.45 | 7,016.45 |
| US TRUSTEE QUARTERLY FEES | | | | | | 500.00 | | | |
| DILWORTH PAXSON/Committee Counsel | | | | | | 75,000.00 | | | |
| Omni | | | | | | 7,500.00 | | | |
| LEGAL/PROFESSIONAL FEES | | 1,569.45 | 3,662.82 | 3,662.82 | 3,662.82 | 3,662.82 | 4,055.31 | 4,055.31 | 4,055.31 |
| Cleaning | | 1,622.06 | 3,797.78 | 3,797.78 | 3,797.78 | 3,797.78 | 4,204.69 | 4,204.69 | 4,204.69 |
| **Total Expense** | | 45,296.17 | 105,739.02 | 105,739.02 | 105,811.96 | 188,811.96 | 118,559.46 | 118,559.64 | 118,559.82 |

Whitehall Manor
Profit Loss

CASH RECEIPTS & DISBURSEMENTS
WEEKS FORECAST   13

| | Week of Feb 28, 26 | Week of Mar 7, 26 | Week of Mar 14, 26 | Week of Mar 21 26 | Week of Mar 28 26 | TOTAL |
|---|---|---|---|---|---|---|
| **Cash Beginning Balance** | 83,170.08 | 25,191.45 | 51,801.82 | 78,412.01 | 105,022.20 | 49,132.38 |
| INCOME | 143,081.19 | 146,660.92 | 146,660.92 | 146,660.92 | 146,660.92 | 1,716,972.00 |
| Disbursements | -201,059.82 | -120,050.55 | -120,050.73 | -120,050.73 | -202,550.74 | -1,670,839.62 |
| **Ending Cash Balance** | 25,191.45 | 51,801.82 | 78,412.01 | 105,022.20 | 49,132.38 | 95,264.76 |
| **Expense** | | | | | | |
| DIETARY | 8,977.31 | 9,226.33 | 9,226.31 | 9,226.31 | 9,226.31 | 107,727.73 |
| SUPPLIES | 1,901.48 | 1,901.48 | 1,901.48 | 1,901.48 | 1,901.48 | 22,816.82 |
| MAINTENANCE | 1,627.15 | 1,627.15 | 1,627.15 | 1,627.15 | 1,627.15 | 19,525.47 |
| UTILITIES | 6,880.79 | 6,880.79 | 6,880.79 | 6,880.79 | 6,880.79 | 82,566.75 |
| PAYROLL & BENEFITS | 70,592.09 | 71,654.97 | 71,655.01 | 71,655.01 | 71,655.01 | 847,094.82 |
| OFFICE & MARKETING EXPENSES | 5,496.05 | 5,496.05 | 5,496.05 | 5,496.05 | 5,496.05 | 65,950.89 |
| REAL ESTATE TAXES & INSURANCE | 7,054.88 | 7,054.88 | 7,054.88 | 7,054.89 | 7,054.89 | 84,657.00 |
| EQUIPMENT | 753.62 | 753.62 | 753.62 | 753.62 | 753.62 | 9,189.28 |
| MANAGEMENT FEES | 7,016.45 | 7,195.28 | 7,195.44 | 7,195.44 | 7,195.44 | 84,196.95 |
| US TRUSTEE QUARTERLY FEES | 75,000.00 | | | | 75,000.00 | 225,000.00 |
| DILWORTH PAXSON/Committee Counse | | | | | | |
| Omni | 7,500.00 | | | | 7,500.00 | 22,500.00 |
| LEGAL/PROFESSIONAL FEES | 4,055.31 | 4,055.31 | 4,055.31 | 4,055.31 | 4,055.31 | 48,663.21 |
| Cleaning | 4,204.69 | 4,204.69 | 4,204.69 | 4,204.69 | 4,204.69 | 50,450.70 |
| **Total Expense** | 201,059.82 | 120,050.55 | 120,050.73 | 120,050.73 | 202,550.74 | 1,670,339.62 |