**THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | |
|---|---|
| In re:<br>Whitehall Trust, et al.,[1]<br><br>             Debtors. | Chapter 11<br>Case No. 25-15241 (PMM)<br><br>(Jointly Administered)<br><br>Objection Deadline: February 9, 2026<br>Hearing: February 24, 2026 at 11:00 a.m. |

**APPLICATION OF DEBTOR FOR AN ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF LUKENS & WOLF, LLC D/B/A VALBRIDGE PROPERTY
ADVISORS AS APPRAISERS FOR THE DEBTOR PURSUANT TO 11 U.S.C. § 327**

The above-captioned Debtors and Debtor-in-possession (the "Debtors"), hereby submit

this application (the "Application") for an order pursuant to Section 327(a) of the Bankruptcy

Code authorizing the employment and retention of Lukens & Wolf, LLC d/b/a Valbridge

Property Advisors ("Lukens & Wolf") as appraisers for the Debtors. In support of the

Application, the Debtors aver as follows:

**Jurisdiction**

1.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §

1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The legal basis for the relief requested herein is section 327(a) of title 11 of

the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

**Background**

4.      The Debtors own and operate two personal care homes located at 1177 6th St.,

---

[1]    The Debtors and debtors-in-possession in these Chapter 11 Cases and the last four digits of their respective taxpayer identification numbers are as follows: (i) Whitehall Trust (4229); (ii) Saucon Trust (4229); (iii) Whitehall Manor, Inc. (5606); (iv) Saucon Valley Manor, Inc. (2894).  The Debtors' mailing address is 1177 6th Street, Whitehall, PA 18052.

Whitehall Twp., Pennsylvania and 1050 Main St., Hellertown, Pennsylvania (the "Properties").

5. On December 26, 2025 (the "Petition Date"), the Debtors filed voluntary chapter 11 petitions.

6. Further background information regarding the Debtors and their Chapter 11 filing is set forth in the Declaration of Abraham Atiyeh in support of First Day Motions, filed on the Petition Date.

## Relief Requested

7. The Debtors have determined that it is necessary and appropriate to have the Properties appraised at this time for real estate and going concern value so as to determine the market value of the Properties for confirmation and other litigation purposes. The appraisal of the Properties will likely be used by the Debtors for purposes of valuation of certain claims and the classification of those claims.

8. By this Application, the Debtors respectfully request entry of an order pursuant to Section 327(a) of the Bankruptcy Code authorizing it to employ and retain Lukens & Wolf as its real estate appraiser to prepare any further reports regarding the value of the Properties and provide related litigation support if such support becomes necessary in this case.

## Proposed Retention of Lukens & Wolf

9. The Debtors seek to retain Lukens & Wolf as their real estate appraiser based, in part, on the firm's experience and knowledge in providing appraisal services.

10. The Debtors believe that Lukens & Wolf is well-qualified to provide such appraisal services and that such retention would be in the best interest of the Debtors and their estates.

#125424373v1

11.     Lukens & Wolf is a leading real estate valuation and advisory services firm and has extensive experience in the real estate industry.

12.     Lukens & Wolf has indicated its desire and willingness to provide appraisal and valuation services to the Debtors.

13.     Debtors' counsel has received an engagement agreement from Lukens & Wolf. A copy of the engagement agreement (the "Engagement Agreement") is attached hereto as Exhibit "A".

14.     Pursuant to the Engagement Agreement, the Debtors will compensate Lukens & Wolf at a fee of $15,000, as set forth in the Engagement Agreement, paying a retainer of $7,500 upon approval of the Application, to provide an appraisal report for the Properties, testimony at depositions and/or hearings, a critique of any other expert reports, and related services.  The Debtors will also compensate Lukens & Wolf at its customary hourly rates for any additional services as set forth in the Engagement Agreement, plus out of pocket expenses.

15.     Pursuant to Section 328(a), the Debtors, "with the court's approval, may employ . . . a professional person under section 327 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis."

16.     Except as set forth in the Declaration of Richard Wolf (the "Wolf Declaration," a copy of which is attached hereto as Exhibit "B"), Lukens & Wolf does not represent or hold any interest adverse to the Debtors or their estates. Further, to the best of the Debtors' knowledge, Lukens & Wolf does not have any connection with any creditor or other party-in-interest, or their respective attorneys, accountants, or employees except as set forth in the Wolf Declaration.

#125424373v1

17.     For the reasons set forth above, the Debtors believe that Lukens & Wolf is well-qualified to serve as its real estate and going concern appraiser for the Properties in these Chapter 11 cases and that the retention of Lukens & Wolf is in the best interests of their estates.

18.     Lukens & Wolf intends to apply to the Court for the allowance and payment of its fees and expenses.

### Notice

19.     The Debtors have provided notice of this Application to: (a) the United States Trustee for the Eastern District of Pennsylvania; (b) the 20 Largest unsecured creditors of the Debtors on the list filed under Bankruptcy Rule 1007(d); (c) counsel to the Lender; and (d) all parties who have requested notice in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002. In light of the nature of relief requested in this Application, the Debtors respectfully submit that no further notice is necessary.

WHEREFORE, the Debtors respectfully request that this Court authorize the employment and retention of Lukens & Wolf as the Debtors' real estate appraiser pursuant to 11 U.S.C. § 327(a) on the terms set forth in the Engagement Agreement and grant such other and further relief as this Court deems just and proper.

Dated: February 2, 2026
Philadelphia, Pennsylvania

/s/ Michelle Lee
DILWORTH PAXSON LLP
Lawrence G. McMichael
DILWORTH PAXSON LLP
Anne M. Aaronson
Michelle V. Lee
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7000
Facsimile: (215) 575-7200
*Counsel for the Debtors and Debtosr-in-Possession*

#125424373v1