# EXHIBIT A

[Engagement Agreement]

#125424373v1



900 W. Valley Road, Suite 503
Wayne, PA 19087
215-545-1900 phone
215-545-8548 fax
valbridge.com

January 21, 2026


Mr. Abraham Atiyeh
1177 6th Street
Whitehall, PA 18052


610-972-7777 | abe7777@icloud.com

**RE:**    **Proposal for Professional Services**


Dear Mr. Atiyeh,

We are pleased to provide a quotation for the following professional services. Conditions of our quotation are attached.

**Property Addresses:**

1.    1177 6th Street
Whitehall Township, PA 18052

2.    1050 Main Street
Hellertown, PA 18055

**Client:**    Mr. Abraham Atiyeh

**Property Type/Description:**    Senior Living: (1) Saucon Valley manor Senior Living
(2) Whitehall Manor Senior Living

**Purpose, Intended Use & Intended User:**    The purpose of these appraisals is to develop an opinion of the market value and going concern value of the properties as of a current date. The intended use of the reports is to provide guidance in connection with bankruptcy proceedings. The intended users of the report are Mr. Abraham Atiyeh and his legal counsel.

**Service(s) Provided
Report Type:**    Appraisal

**Interest Appraised or Analyzed:**    Fee Simple or Leased Fee as appropriate

**Fee:**    $15,000 for both properties

**Retainer:**    $7,500

**Please make all checks payable to Lukens & Wolf, LLC**

Mr. Abraham Atiyeh
January 21, 2026

Page 2

**Delivery Time:** 4 weeks from contract execution, receipt retainer and information requested. PDF copies of our appraisal reports will be delivered to your attention. If you wish two hard copies of the reports to be delivered, please notify us.

**Data Request:** Client/ownership shall provide descriptive material concerning the building, including old appraisals, engineering and environmental reports, drawings, plans, etc. as available. **Please do not send originals as materials provided will not be returned.**

**Special Assumptions or Considerations of the Assignment:**   None.

**Comments:** We have not performed prior services regarding the subject properties, as an appraiser, within the last three years.

Time spent over and above matters related to the preparation of the appraisal reports will be billed in addition to our appraisal fee at our standard hourly rates (*see Pg. 3, Conditions of our quotation, which terms are incorporated herein*). This would include time spent in hearing and/or trial preparation, settlement conferences, review of appraisals and other materials prepared by the petitioner, and time spent in hearing and/or trial attendance.

Please contact us if there are any questions, or if these prospective arrangements require clarification. If the above is satisfactory, please indicate your acceptance and permission for us to proceed by returning a signed copy of this letter along with your retainer.

We welcome this opportunity to work with you on this important assignment.

Sincerely,

VALBRIDGE PROPERTY ADVISORS | PHILADELPHIA

Richard F. Wolf, MAI, SRA, AI-GRS, CRE
Senior Managing Director
Certification No.: GA-001514-L

RFW/hd

**Agreed and Accepted by Person Responsible for Payment or Provide Billing Instructions**

| | | |
|---|---|---|
| Signature | Title | Accounts Payable Contact |
| Name (type or print) | Date | Billing Phone Number |

Email & Billing Address

Mr. Abraham Atiyeh
January 21, 2026

Page 3

## Conditions of Our Quotation:

1.  The appraisal or other results shall be prepared for the sole and exclusive use of the client listed above. We request that you seek our written authorization before releasing the report to any other party.

2.  The purpose of this appraisal is to estimate the market value of the subject property. The intended use and the intended user of the appraisal is as stated earlier in this proposal. The appraisal will be prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

3.  The assignment will be completed, and a PDF copy of the report delivered (and two hard copies will be delivered only upon request as noted above). This timing is contingent upon receiving all requested data and completing an inspection of the property within the first week of our notification to proceed.

4.  Termination of the assignment for any reason must be made in writing. Any time spent on the assignment prior to termination will be billed at our then current hourly rates.

5.  All fees are due and owing upon presentation of the invoice unless other arrangements have previously been made. Any account unpaid for 30 days after the date of the invoice may be subject to a monthly late payment charge of 1.5 percent added to the unpaid balance. In the event any portion or all of an account remains unpaid for 60 days after billing, the client/owner shall pay for all costs of collecting, including reasonable attorney's fees.

6.  There is an additional charge for extra copies of the report of $50.00 per copy. Shipping charges for additional copies will be billed to the client. Additional copies of the report must be paid for prior to delivery. Additional travel or other out-of-pocket expenses incurred after delivery of our report will be an additional charge.

7.  Any additional time required for attendance at hearings, pre-trial preparation, testimony, critique of expert report(s), or attendance at settlement conferences, will be billed at our hourly rates as follows:

| | | | |
|---|---|---|---|
| Reaves C. Lukens, III MAI, SRA | $450 per hour | David Koczirka, MAI Nathaniel Ford, MAI | $225 per hour |
| Richard F. Wolf MAI, SRA, AI-GRS, CRE | $450 per hour | Other Licensed Appraisers | $200 per hour |
| Richard A. Hideck, MAI | $300 per hour | Researcher/Appraiser Assistant/Admin. | $100 - $150 per hour |

This fee quote, hourly rates and delivery time limit indicated will be effective for a three-month period from the initiation date of this proposal. After that time, rates may be subject to increases based on the annual company rate increases.

Mr. Abraham Atiyeh
January 21, 2026

Page 4

8.  Client agrees to indemnify and hold harmless Valbridge Property Advisors | Philadelphia and its affiliates, respective directors, officers, employees and agents of Valbridge Property Advisors | Philadelphia, and each other person, if any, controlling Valbridge Property Advisors | Philadelphia or any of its affiliates (collectively, "VPA | L&W, LLC") (an "Indemnified Person") from and against any and all losses, claims, damages, expenses (including fees and disbursements of counsel) and liabilities (or actions or proceedings in respect thereof) caused by, relating to, based upon or arising out of VPA | L&W's, LLC engagement provided however such indemnification obligation shall not apply to any loss to the extent it is found in a final judgment by a court of competent jurisdiction (not subject to further appeal) to have resulted primarily and directly from the gross negligence or willful misconduct of an Indemnified Person. Client agrees to reimburse each Indemnified Person for all expenses (including fees and disbursements of counsel) as they are incurred by such Indemnified Person in connection with investigating, preparing, defending, paying, settling or compromising any claim, action, suit, proceeding or loss, whether or not in conjunction with an action in which any Indemnified Person is a named party. Client also agrees that an Indemnified Person shall not have any liability (whether direct or indirect, in contract or otherwise) to Client or its affiliates, directors, officers, employees, agents or shareholders, directly or indirectly, for or in connection with this engagement, except for any losses that are found in a final judgment by a court of competent jurisdiction (not subject to further appeal) to have resulted primarily and directly from such Indemnified Person's gross negligence or willful misconduct. In no event, regardless of the legal theory advanced, shall any Indemnified Person be liable for any consequential, indirect, incidental or special damages of any nature.

9.  The Valbridge Property Advisors office responsible for the preparation of this report is independently owned and operated by Lukens & Wolf, LLC. Valbridge Property Advisors, Inc. has not been engaged to provide this report, does not provide valuation services, and has taken no part in the preparation of this report.

10. If any claim is filed against any of Valbridge Property Advisors, Inc. a Florida Corporation, its affiliates, officers or employees, or the firm providing this report, in connection with, or in any way arising out of, or relating to, this report, or the engagement of the firm providing this report, then (1) under no circumstances shall such claimant be entitled to consequential, special or other damages, except only for direct compensatory damages and (2) the maximum amount of such compensatory damages recoverable by such claimant shall be the amount actually received by the firm engaged to provide this report.

11. This report and any associated work files are subject to evaluation by Valbridge Property Advisors, Inc. for quality control purposes. If Client is unwilling to waive confidentiality for this purpose, client must inform Lukens & Wolf, LLC upon acceptance of this assignment.

12. All disputes are governed by Pennsylvania law, and jurisdiction for all disputes will be within the appropriate court within the Eastern District of Pennsylvania. Lukens & Wolf, LLC reserves the right at their sole discretion to have all disputes settled by binding arbitration in accordance with the then-existing commercial arbitration rules of the American Arbitration Association (the "AAA").