**Exhibit B**

[Wolf Declaration]

#125424373v1

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | |
|---|---|
| In re:<br>Whitehall Trust, et al.,[2]<br><br>                    Debtors. | Chapter 11<br>Case No. 25-15241 (PMM)<br><br>(Jointly Administered) |

**DECLARATION OF RICHARD WOLF IN SUPPORT OF APPLICATION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LUKENS & WOLF LLC AS REAL ESTATE APPRAISERS FOR DEBTORS PURSUANT TO 11 U.S.C. § 327(a)**

I, Richard Wolf, MAI, SRA, AI-GRS, CRE, hereby submit this declaration in support of the application of the Debtors for entry of an order authorizing and approving the employment and retention of Lukens & Wolf LLC t/a Valbridge Property Advisors ("Lukens & Wolf") as real estate appraisers for the Debtors pursuant to 11 U.S.C. § 327(a) (the "Application").

1.      The information contained in this Declaration is true and correct to the best of my knowledge and belief.

2.      I am a Managing Director of Lukens & Wolf, which maintains offices at 900 W. Valley Rd., Suite 503, Wayne, PA 19087. I submit this Declaration in support of the Application. This Declaration constitutes the statement of Lukens & Wolf pursuant to Fed. R. Bankr. P. 2014(a) and 2016.

3.      I have been working in the appraisal industry for more than thirty-two years and have expertise in a wide range of investment counseling, valuation, advisory, and transactional services. I and my colleagues regularly provide services to corporate, institutional, and individual clients on all facets of real estate including: litigation support and expert testimony, site evaluation, highest and best use analysis, appraisals for mortgage, acquisition, and portfolio

---

[2] The Debtors and debtors-in-possession in these Chapter 11 Cases and the last four digits of their respective taxpayer identification numbers are as follows: (i) Whitehall Trust (4229); (ii) Saucon Trust (4229); (iii) Whitehall Manor, Inc. (5606); (iv) Saucon Valley Manor, Inc. (2894).  The Debtors' mailing address is 1177 6th Street, Whitehall, PA 18052.

#125424373v1

management, workout strategies, operational analysis, property tax assessment appeal evaluations, economic impact studies, deal structuring, and fairness opinions.

4.     Unless otherwise stated in this Declaration, I have personal knowledge of the facts hereinafter set forth.     To the extent that any information disclosed herein requires amendment or modification upon Lukens & Wolf's completion of further analysis, a supplemental affidavit will be submitted to the Court reflecting the same.

5.     No promises have been received by Lukens & Wolf, nor any officer or employee thereof, as to compensation in connection with this case other than as set forth in the Application. Lukens & Wolf has not shared, nor agreed to share, any compensation it has received or may receive with another party or person, other than with officers and employees of Lukens & Wolf, nor has Lukens & Wolf agreed to share any compensation that any other person or party has received or may receive.

6.     Lukens & Wolf has undertaken an examination of its database of existing and former clients to determine whether it has any connections with the Debtors, their creditors or parties-in-interest in the Debtors' Chapter 11 cases. Lukens & Wolf's analysis included an examination of the conflict parties on the list attached hereto as Exhibit 1, which includes the Debtors' entire creditor matrix, known purported secured creditors, insiders of the Debtors, and other parties in interest and professionals known to Lukens & Wolf to have an interest in this case.

7.     Based on the database examination specified above, I have concluded that, to the best of my knowledge, Lukens & Wolf has not represented and does not represent any entity that has an adverse interest or connection to the Debtors.   Should Lukens & Wolf become aware of any additional connections with such creditors or parties-in-interest, it will supplement this Declaration.

8.      I have previously provided or am currently providing appraisal services to the Debtors' counsel in other cases.

9.      Further, Lukens & Wolf possibly has represented, from time to time, other creditors of the Debtors, as well as other parties-in-interest, their attorneys, accountants and financial advisors, and certain affiliates and subsidiaries of the foregoing in unrelated matters. None of these representations, however, involves the Debtors or any aspect of Lukens & Wolf's relationship with the Debtors. Should Lukens & Wolf become aware of any connections with other creditors or parties-in-interest, it will supplement this Declaration.

10.     Lukens & Wolf has no prior business relationship with the Debtors. As of the Petition Date, the Debtors did not owe Lukens & Wolf anything for pre-petition services rendered, nor did Lukens & Wolf hold any retainer funds. Lukens & Wolf did not receive any payments from the Debtors during the ninety (90) days prior to the Petition Date.

11.     Lukens & Wolf has agreed to provide litigation support services, in addition to any further written appraisal or critique of another appraisal, subject to the terms of the Engagement Agreement, and discloses its customary hourly rates to the extent of any such services, which are:

| | |
|---|---|
| Reaves C. Lukens, III, MAI, SRA | $450 |
| Richard F. Wolf, MAI, SRA, AI-GRS, CRE | $450 |
| Richard A. Hideck, MAI | $300 |
| David Koczirka, MAI | $225 |
| Nathaniel Ford, MAI | $225 |
| Other Licensed Appraisers | $200 |

#125424373v1

| Researcher/Appraiser Assistant | $100-$150 |
|---|---|

12.     In addition, Lukens & Wolf shall seek reimbursement of any out-of-pocket expenses related to the litigation support services. Lukens & Wolf intends to apply to this Court for approval of its fees and expenses.

Accordingly, I submit that Lukens & Wolf has complied with Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure.

Executed on February 2, 2026                    By: /s/ _____

#125424373v1