## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | |
|---|---|
| In re:<br>Whitehall Trust, et al.,[3]<br><br>                          Debtors. | Chapter 11<br>Case No. 25-15241 (PMM)<br><br>(Jointly Administered) |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
## LUKENS & WOLF LLC AS REAL ESTATE APPRAISERS
## FOR DEBTORS PURSUANT TO 11 U.S.C. § 327(a)

AND NOW, upon consideration of the Application of Debtors for Order Authorizing the Employment and Retention of Lukens & Wolf LLC as Real Estate Appraiser for the Debtors pursuant to Section 327(a) of the Bankruptcy Code (the "Retention Application"), and upon the Declaration of Reaves Lukens, III; and the Court being satisfied that Lukens & Wolf represents no interest adverse to the Debtors or their estates in the matters upon which Lukens & Wolf is to be engaged; and it appearing that the employment of Lukens & Wolf is necessary and would be in the best interests of the Debtors, their estates and creditors,

IT IS HEREBY ORDERED that:

1.      The Retention Application is approved, effective as of the date of filing of the Retention Application.

2.      The Debtors are authorized to employ Lukens & Wolf as their real estate appraiser, to prepare any further appraisal reports regarding the value of the Debtors' properties, to provide testimony at depositions and/or hearings, to provide a critique of any other expert reports, and to provide such other litigation support services related to its appraisal as may be reasonably necessary in this case.

---

[3] The Debtors and debtors-in-possession in these Chapter 11 Cases and the last four digits of their respective taxpayer identification numbers are as follows: (i) Whitehall Trust (4229); (ii) Saucon Trust (4229); (iii) Whitehall Manor, Inc. (5606); (iv) Saucon Valley Manor, Inc. (2894).  The Debtors' mailing address is 1177 6th Street, Whitehall, PA 18052.

#125424373v1

3.     Lukens & Wolf shall be paid based on at its hourly rates pursuant to the terms of the Retention Application.


4.     Lukens & Wolf shall apply to the Court for allowance and payment of its further fees and expenses.

_____

_____

Dated:

The Honorable Patricia M. Mayer
United States Bankruptcy Judge

#125424373v1