# EXHIBIT D

**From:** Phillip Berger <berger@bergerlawpc.com>
**Sent:** Tuesday, January 20, 2026 5:18 PM
**To:** Lee, Michelle V. <mlee@dilworthlaw.com>; Hamermesh, Matthew A. <mah@hangley.com>
**Cc:** Matthew Kaufmann <Kaufmann@bergerlawpc.com>; Smith, Sara E. <ses@hangley.com>; Aaronson, Anne M. <aaaronson@dilworthlaw.com>
**Subject:** Re: Whitehall [IMAN-HASP1.FID196487]

**This message is from an external sender.**

According to Priya's job description, she is the "Vice President, administrator of Parkland Manor and Whitehall Manor, [and the] Payroll Co-Director."

She is trained and licensed in medication administration.

She works with Abe "to manage, process, and close payroll biweekly for all four facilities"

She works "with accounting to ensure within forecasted budgets on a monthly basis".

She reports to accounting and "sends census and all reports for billing monthly".

Accordingly, she appears to be highly involved in the operation of the facilities, including accounting, payroll and administration.

She is an essential and material witness who can and should be deposed.

Please confirm that she will be made available for a deposition this week. We can take the 2 depos either tomorrow or Thursday. Zoom is acceptable. Phil Berger.


Get Outlook for iOS

**From:** Lee, Michelle V. <mlee@dilworthlaw.com>
**Sent:** Tuesday, January 20, 2026 2:15 PM
**To:** Phillip Berger <berger@bergerlawpc.com>; Hamermesh, Matthew A. <mah@hangley.com>
**Cc:** Matthew Kaufmann <Kaufmann@bergerlawpc.com>; Smith, Sara E. <ses@hangley.com>; Aaronson, Anne

M. <aaronson@dilworthlaw.com>
**Subject:** RE: Whitehall [IMAN-HASP1.FID196487]

I am trying to coordinate. Why cant you just depose Nemo and do a verification of Priya. She is not essential and is not a VP (as previously stated that was an error).

*Michelle.*

**Michelle Lee | Dilworth Paxson LLP**
1650 Market Street | Suite 1200 | Philadelphia, PA 19103
Tel: (267) 794-0225 | Fax: (856) 494-7801
mlee@dilworthlaw.com | www.dilworthlaw.com

**Please use the below link or QR Code to leave a review!  Thank you kindly!**

Leave a review HERE

