# EXHIBT E

#125455447v1

**From:** Phillip Berger <berger@bergerlawpc.com>
**Sent:** Wednesday, January 21, 2026 9:38 AM
**To:** Lee, Michelle V. <mlee@dilworthlaw.com>; mah@hangley.com
**Cc:** Kaufmann@bergerlawpc.com; ses@hangley.com; Aaronson, Anne M. <aaaronson@dilworthlaw.com>
**Subject:** RE: Whitehall [IMAN-HASP1.FID196487]

**This message is from an external sender.**



Michelle- In response to your email below, Priya is an insider, you are proposing to pay her salary, we objected to that proposal, we scheduled her deposition for last week, and you unilaterally canceled the deposition.
I am glad that both Priya's and Nimita's depositions will now occur tomorrow per your email this morning.
We are Not agreeing that Priya is underpaid; that issue will be determined after the deposition has been taken.
Finally, we previously sent you the reservation of rights letter re. these 2 depositions, and outlined the issues that we plan to review with Priya and Nimita tomorrow.
We are not limiting the depositions to whether Priya and Nimita should receive salaries for their claimed duties.


Phillip D. Berger, Esq.

**BERGER LAW GROUP P.C.**

919 Conestoga Road
Building 3, Suite 114
Bryn Mawr, PA 19010

610-668-0774 (Direct Dial)
Berger@BergerLawPC.com
https://www.BergerLawPC.com

 

**From:** Lee, Michelle V. <mlee@dilworthlaw.com>
**Sent:** Tuesday, January 20, 2026 10:16 PM
**To:** Phillip Berger <berger@bergerlawpc.com>; Hamermesh, Matthew A. <mah@hangley.com>
**Cc:** Matthew Kaufmann <Kaufmann@bergerlawpc.com>; Smith, Sara E. <ses@hangley.com>; Aaronson, Anne M. <aaaronson@dilworthlaw.com>
**Subject:** RE: Whitehall [IMAN-HASP1.FID196487]

Phillip,

Priya:
As previously stated, she is not the VP – that is an error. To clarify, it is not *essential* to cram her deposition in before the hearing on 1/27. As you recall, the sole purpose of her deposition when this first began was to determine whether she should receive salary for her duties as director and other duties we previously disclosed. In fact, you were willing to do her deposition without any documents from Hamermesh's letter yet claimed that you all suffered from the cancellation of her deposition because of the time spent preparing (further proof that you already possess much of the information you are now requesting). I am also glad, as you highlight in your email, that you agree that she is clearly being underpaid for the work she does. Eitherway, the judge sided with us on interim basis. I am certain she will agree again over your objection. The deposition was for you to determine if (as we stated and verified) whether she is actually "working" or whatever you all are reducing her tasks to be to stop a young woman from being paid for her services to make sure the patients remain safely cared for.

I am trying to find time to do these depositions under the unreasonable timeframe. Hopefully she can appear Thursday morning. It will depend on shift coverage.

Abe Atiyeh deposition: Will need to be at the Stevens & Lee office in Allentown. I emailed about this earlier, but do not see a response.

Andrea: If she actually can appear on Monday, will need to be by zoom.

Ray Minich: Is not available Monday. His wife is having a procedure Monday morning. I will see if he is available in the afternoon though.

Nimita Atiyeh: can appear after 11AM on Thursday but must be complete by 330/4

*Michelle.*

MICHELLE LEE | DILWORTH PAXSON LLP
1650 Market Street | Suite 1200 | Philadelphia, PA 19103
Tel: (267) 794-0225 | Fax: (856) 494-7801
mlee@dilworthlaw.com | www.dilworthlaw.com

**Please use the below link or QR Code to leave a review!  Thank you kindly!**

Leave a review HERE



# EXHIBIT E