# UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Pennsylvania

In Re. SAUCON TRUST § Case No. 25-15243
§
§ Lead Case No. 25-15241
Debtor(s) §
☒ Jointly Administered

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 01/31/2026  Petition Date: 12/26/2025

Months Pending: 1  Industry Classification: 5 3 1 1

Reporting Method:   Accrual Basis ○   Cash Basis ●

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☒ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michelle Lee                                Michelle Lee
Signature of Responsible Party                  Printed Name of Responsible Party

02/20/2026
Date
                                                1650 Market Street, Philadelphia Pa 19103
                                                Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name SAUCON TRUST | | Case No. 25-15243 | |
|---|---|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $4,633,677 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $4,613,677 |
| c. Inventory    (Book ◯  Market ◯  Other ⦿  (attach explanation)) | $0 |
| d. Total current assets | $4,681,154 |
| e. Total assets | $12,713,752 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $17,424,281 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $457,625 |
| n. Total liabilities (debt) (j+k+l+m) | $17,881,906 |
| o. Ending equity/net worth (e-n) | $-5,168,154 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $10,000 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $36,571 | |
| c. Gross profit (a-b) | $-26,571 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-26,571 | $-33,649 |

Debtor's Name SAUCON TRUST　　　　　　　　　　　　　　　　　　　　Case No. 25-15243

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name SAUCON TRUST    Case No. 25-15243

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name SAUCON TRUST    Case No. 25-15243

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name SAUCON TRUST        Case No. 25-15243

| | | | | | | |
|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name SAUCON TRUST        Case No. 25-15243

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name SAUCON TRUST　　　　　　　　　　　　　　　Case No. 25-15243

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | xcix |   |   |   |   |   |
|   | c |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   |   |   |   |   |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ● |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● |
| i. | Do you have: Worker's compensation insurance? | Yes ○ No ● |
| | If yes, are your premiums current? | Yes ○ No ○ N/A ● (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

Debtor's Name SAUCON TRUST  Case No. 25-15243

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Abraham Atiyeh  
Signature of Responsible Party

Manager and Main Member  
Title

Abraham Atiyeh  
Printed Name of Responsible Party

02/20/2026  
Date

Debtor's Name SAUCON TRUST     Case No. 25-15243


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name SAUCON TRUST  Case No. 25-15243

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)  11

Debtor's Name SAUCON TRUST     Case No. 25-15243


PageThree


PageFour

**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYVLVANIA**

**MONTHLY OPERATING REPORT – SUPPORTING DOCUMENTATION**

Case Nos. 25-15243, 25-15241

Whitehall Trust, et. al.

Reporting Period: January 1, 2026 – January 31, 2026

# Notes to the Monthly Operating Report ("MOR") Supporting Documentation

## Reporting Period: January 1, 2026 – January 31, 2026

**General:**

The debtors in these cases (the "Debtors") filed for relief under chapter 11 of title 11 of the United States Code, §§ 101-1532, et seq. on December 26, 2025 (the "Petition Date") in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Court"). The Debtors have prepared this MOR for the period from January 1, 2026 – January 31, 2026.

The financial information contained herein is unaudited, limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in these chapter 11 cases. This MOR is not prepared in accordance with Generally Accepted Accounting Principles ("GAAP") and does not include all of the information and footnotes required thereby. Additionally, certain transactions that would be required to be included in GAAP financial statements are not reflected in this MOR. There can be no assurance that the financial information presented herein is complete, and readers are strongly cautioned not to place reliance on this MOR, which was not prepared for the purpose of providing the basis for an investment decision relating to the Debtors. The unaudited financial statements have been derived from the books and records of the Debtors. The information furnished in this MOR includes certain normal recurring adjustments but may not include all the adjustments that would typically be made for the quarterly and annual consolidated financial statements in accordance with GAAP. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of their annual financial information in accordance with GAAP. Upon the application of such procedures, the Debtors believe that this financial information may be subject to change, and these changes could be material. The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future reconciliation and adjustment (which may be material). Although the Debtors made commercially reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist. The Debtors hereby reserve all rights to amend and supplement the MOR in all respects as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

Each signatory to the MOR has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their advisors and professionals. Each signatory has not (and could not have) personally verified the accuracy of each such statement, representation, and answer contained in the MOR.

Redacted portions are names of residents that are to remain confidential by court order.

**Part 2.**

Figures calculated based on Cash Basis. December Monthly Operating Reports based on accrual.

Accounts Receivable: Accounts Receivable represents unpaid balances of the tenant. See schedule attached

Prepaid Taxes: Prepaid taxes represents the Liability obligation for real estate taxes that are included in Accounts Payable pursuant to GAAP

Escrows M & T Bank: These are escrows deposited with M & T Bank that were never reported released – only verbal statements that were given that they were applied to the loan. We were not given instructions on how they were applied. Based on this we have not allocated.

# Saucon Trust
# Balance Sheet
## As of January 31, 2026

Accrual Basis

| | Jan 31, 26 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Accounts Receivable** | |
|       Accounts Receivable | 4,633,676.88 |
|     Total Accounts Receivable | 4,633,676.88 |
|     **Other Current Assets** | |
|       Prepaid Taxes | 47,476.73 |
|     Total Other Current Assets | 47,476.73 |
|   **Total Current Assets** | 4,681,153.61 |
|   **Fixed Assets** | |
|     Land, Building and Property (appraised value) | 7,820,000.00 |
|   **Total Fixed Assets** | 7,820,000.00 |
|   **Other Assets** | |
|     Escrows- M&T Bank | 212,598.12 |
|   **Total Other Assets** | 212,598.12 |
| **TOTAL ASSETS** | 12,713,751.73 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 457,624.78 |
|       Total Accounts Payable | 457,624.78 |
|       **Other Current Liabilities** | |
|         Mortgage payable current (default) | 16,238,862.47 |
|         Accrued interest | 1,185,418.85 |
|       Total Other Current Liabilities | 17,424,281.32 |
|     Total Current Liabilities | 17,881,906.10 |
|   **Total Liabilities** | 17,881,906.10 |
|   **Equity** | |
|     Capital | -5,141,583.65 |
|     Net Income | -26,570.72 |
|   **Total Equity** | -5,168,154.37 |
| **TOTAL LIABILITIES & EQUITY** | 12,713,751.73 |

# Saucon Trust
## Statement of Operations
### January 2026

| | Accrual Basis Jan 26 | Income | COGS |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
|   Rental Income | 10,000.00 | | |
| **Total Income** | 10,000.00 | | |
| **Net Ordinary Income** | 10,000.00 | 10,000.00 | |
| **Other Income/Expense** | | | |
| **Other Expense** | | | |
|   Depreciation | 36,570.72 | | 36,570.72 |
| **Total Other Expense** | 36,570.72 | | |
| **Net Other Income** | -36,570.72 | | |
| **Net Income** | -26,570.72 | 10,000.00 | 36,570.72 |

# Saucon Trust
## A/R Aging Summary
As of January 31, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Saucon Valley Manor | 0.00 | 10,000.00 | 0.00 | 10,000.00 | 4,613,676.88 | 4,633,676.88 |
| TOTAL | 0.00 | 10,000.00 | 0.00 | 10,000.00 | 4,613,676.88 | 4,633,676.88 |

Book Basis

# Saucon Trust
## Depreciation Schedule by Category
## For the 12 Months Ended 12/31/26

02/11/26
10:56AM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/26 | Current Depreciation | Accum Depr 12/31/26 |
|---|---|---|---|---|---|---|---|---|---|
| **Uncategorized Assets** | | | | | | | | | |
| 1 | Building | 10/01/99 | ST LINE | 39/00 | N | 394,491.00 | 262,994.29 | 10,115.16 | 273,109.45 |
| 2 | Land | 10/01/99 | LAND | 00/00 | N | 45,638.00 | 0.00 | 0.00 | 0.00 |
| 3 | Personal Property | 10/01/99 | 200% DB | 05/00 | N | 5,445.00 | 5,445.00 | 0.00 | 5,445.00 |
| 4 | Land Improvements | 10/01/99 | 150% DB | 15/00 | N | 102,761.00 | 102,761.00 | 0.00 | 102,761.00 |
| 5 | Building Improvements | 07/01/00 | ST LINE | 27/06 | N | 4,276,203.00 | 3,932,810.49 | 155,498.31 | 4,088,308.80 |
| 6 | Personal Property | 07/01/00 | 200% DB | 05/00 | N | 1,229,955.00 | 1,229,955.00 | 0.00 | 1,229,955.00 |
| 7 | Land Improvements | 07/01/00 | 150% DB | 15/00 | N | 616,123.00 | 616,123.00 | 0.00 | 616,123.00 |
| 8 | Building Improvements | 12/31/03 | ST LINE | 27/06 | N | 2,653,181.36 | 2,106,465.30 | 96,479.33 | 2,202,944.63 |
| 9 | Personal Property | 12/31/03 | 200% DB | 05/00 | N | 663,296.00 | 663,296.00 | 0.00 | 663,296.00 |
| 10 | 04 Additions | 12/31/04 | ST LINE | 27/06 | N | 165,282.60 | 124,713.31 | 6,010.28 | 130,723.59 |
| 11 | 05 Additions | 12/31/05 | ST LINE | 27/06 | N | 475,438.57 | 341,451.43 | 17,288.68 | 358,740.11 |
| 12 | Saucon Valley Al Unit | 11/01/10 | ST LINE | 30/00 | N | 4,603,706.39 | 2,321,035.03 | 153,456.86 | 2,474,491.89 |
| | Total for (Uncategorized Assets) | | | | | 15,231,520.92 | 11,707,049.85 | 438,848.62 | 12,145,898.47 |
| | | | | | | | | | |
| | Client Subtotal Before Sales | | | | | 15,231,520.92 | 11,707,049.85 | 438,848.62 | 12,145,898.47 |
| | Less Assets Sold | | | | | 0.00 | | | 0.00 |
| | Total | | | | | 15,231,520.92 | 11,707,049.85 | 438,848.62 | 12,145,898.47 |