**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Whitehall Trust,** | : | |
| **Debtor.** | : | **Case No. 25-15241 (PMM)** |

## ORDER

**AND NOW**, upon consideration of the Motion for Sanctions filed by Lehigh Valley 1, LLC (doc. #119, supplemented by doc. #232, the "Motion") and the Objections thereto (doc. #'s 131, 201);

AND an evidentiary hearing with regard to the Motion having been held and concluded on February 24, 2026;

AND for the reasons stated at the hearing, it is hereby **ordered** that:

1) The Motion is **granted in part and denied in part**;

2) The Motion is **granted** with regard to the imposition of a sanction against the Detor. The Principal of the Debtor, Abraham Atiyeh, shall pay to lead counsel for Lehigh Valley 1, LLC, Matthew A. Hamermesh, **$10,170.00** on or before **March 18, 2026** as a sanction for misrepresentations regarding Priya Kapoor-Atiyeh's alleged duties, compensation and employment; and

3) In all other respected, the Motion is **denied**.

Patricia M. Mayer

Dated: 2/25/26

Hon. Patricia M. Mayer
United States Bankruptcy Judge