*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |  |
|---|---|---|---|
| IN RE: | ) | | |
|     Whitehall Trust | ) | | Case No. 25−15241−pmm |
| | ) | | |
| | ) | | |
|     Debtor(s). | ) | | Chapter: 11 |
| | ) | | |
| | ) | | Civil Case Number. |

## <u>Transmission of Documents to the U.S. District Court</u>

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered March 20, 2026 and Dated March 19, 2026 by the Honorable Patricia M. Mayer

Notice of appeal filing fee ☑ paid ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☑ Other Motion For Certification of Direct Appeal Pending

Kindly acknowledge receipt on the copy of the letter provided.

Date: April 1, 2026

For The Court

Mohung Wong
Clerk of Court

_____

Received Above material or record tile this day: April 1, 2026

| | |
|---|---|
| Civil Action No. 5:26-cv-2170 | Signature: /s/ *Steve Tomas* |
| Miscellaneous No._____ | Date: 4/1/26 |
| Assigned to Judge Catherine Henry | |